IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3083 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| HERBERT R. HANSEN, | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion,

IT IS ORDERED that Defendant Hansen's evidentiary hearing and sentencing are continued to **3:30 p.m.** on Friday, October 14, 2005, before the undersigned United States District Judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

October 5, 2005.　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　s/ *Richard G. Kopf*
　　　　　　　　　　　　　　　　　United States District Judge