IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3083 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| HERBERT R. HANSEN, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the defendant's unopposed motion to review presentence investigation reports of Violet K. Crosby (4:00CR3049) and Marla Bruder (4:04CR3162) (filing 16) is granted. The United States Probation Office shall allow defense counsel to review the aforementioned presentence investigation reports prior to Herbert Hansen's October 14, 2005 sentencing date.

    October 11, 2005.                    BY THE COURT:

                                                      s/ *Richard G. Kopf*
                                                      United States District Judge